UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SUBPOENA DUCES TECUM directed to Non-Party THE MARSHALL PROJECT, INC. and issued in connection with<br><br>*Montague v. City of Cleveland*, No. 1:22-cv-01878<br><br>(Pending in the United States District Court for the Northern District of Ohio) | MISC. CASE NO. 1:24-mc-309<br><br>NOTICE OF MOTION TO QUASH |

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Jason P. Criss, the exhibits thereto, and the accompanying memorandum of law, all dated July 9, 2024, non-party The Marshall Project, Inc. by and through its undersigned attorneys, respectfully moves this Court, the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure for an Order quashing the subpoena duces tecum directed to The Marshall Project, Inc. and issued in connection with *Montague v. City of Cleveland*, Case No. 1:22-cv-01878 (N.D. Ohio), and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
July 9, 2024

                                      COVINGTON & BURLING LLP

By:   *S/ Jason P. Criss*
       Jason P. Criss

Harrison A. Newman
Giovanni J. Scarcella
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1000
jcriss@cov.com
hnewman@cov.com
gscarcella@cov.com

*Counsel for Non-Party*
*The Marshall Project, Inc.*