USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE MARSHALL PROJECT, INC.,

                                   Petitioner,

          -against-

CITY OF CLEVELAND & KARRIE HOWARD,

                                Respondents.
------------------------------------------------------------------X

24-MC-309 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 9, 2024, the Marshall Project, Inc. ("Marshall Project") moved to quash the City of Cleveland's ("City") subpoena dated July 8, 2024 (the "Motion"), which requested audio recordings and notes used in the publication of a feature story by the Marshall Project, *see* Mot., Dkts. 1–6.

       IT IS HEREBY ORDERED that the Marshall Project must serve a copy of the Motion and supporting documents on the City by no later than **Friday, July 12, 2024**, and file proof of service via ECF by no later than **Monday, July 15, 2024**.

       IT IS FURTHER ORDERED that the City must respond to the Motion by no later than **Friday, August 2, 2024**. The Marshall Project may file a reply in support of its Motion by not later than **Friday, August 16, 2024**.

       The parties should be aware that Giovanni Scarcella, counsel for the Petitioner, is an incoming judicial law clerk for the Undersigned, whose clerkship is scheduled to begin at the end of September 2024. The Court does not regard these facts as a basis for recusal. Any party that does consider these facts to be a basis for recusal must file a letter explaining its position by **12:00 P.M.** on **Thursday, July 18, 2024**.

**SO ORDERED.**

**Date:  July 11, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**